# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISON

| | |
|---|---|
| AMCREF FUND XXVIII, LLC  ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | |
| ) | _____ |
| SYNERGY SOLUTIONS CRISP COUNTY, LP ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## PLAINTIFF'S COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

**COMES NOW**, Plaintiff, AMCREF FUND XXVIII, LLC, (hereinafter referred to as "AMCREF"), by and through the undersigned counsel and file this Complaint for Damages and Demand for Jury Trial against Defendant SYNERGY SOLUTIONS CRISP COUNTY, LP (hereinafter referred to as "Synergy") and respectfully shows the Court as follows:

## INTRODUCTION

1.

This is an action for breach of a loan and security agreement entered between

the parties and dated as of December 10, 2014, (hereinafter referred to as "the Loan Agreement") and amended by that certain First Amendment to the Loan Agreement dated December 29, 2021. (See Exhibits "A" and "B", collectively referred to as "the Loan Agreement"). Plaintiff AMCREF is the "Lender" under the Loan Agreement and Synergy is the "Borrower" under the Loan Agreement.

## THE PARTIES

2.

Plaintiff, AMCREF, is a Delaware limited liability company, whose principal place of business is in the State of Louisiana.

3.

Defendant Synergy is a limited partnership organized under the laws of the State of Delaware and operating in the State of Georgia as a foreign limited partnership. Synergy is the borrower in the Loan Agreement with a principal place of business located at 155 Landfill Road, Cordele, Georgia 31015. Its general partners are:

> Synergy Technologies, LLC
> 600 Madison Avenue, 16th Floor
> New York, New York 10022
>
> Hunters Creek Capital Partners, LP
> 7521 Briar Rose Drive
> Houston, Texas 77063

## JURISDICTION AND VENUE

4.

Subject matter jurisdiction is proper in this Court pursuant to the provisions of 28 U.S.C. § 1331 because this action involves citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs. This court has supplemental jurisdiction over State law claims pursuant to 28 U.S.C. §1367.

5.

Venue is proper in this Court pursuant to 28 U.S.C. §1391 and other applicable law because Synergy has its principal place of business in Cordele, Georgia, which is situated within the district and divisional boundaries of the Middle District of Georgia, Albany Division.

6.

Synergy is subject to the jurisdiction and venue of this Court because its principal office address is located in Crisp County, Georgia. The Defendant may be served with the Summons and Complaint by service upon its registered agent, Matt Piell, Synergy Technologies, LLC, 155 Landfill Road, Cordele, Georgia 31015.

## FACTUAL BACKGROUND

7.

The parties executed and became contractually bound on a loan and security

agreement entitled "QLICI LOAN AND SECURITY AGREEMENT" with an effective date of December 10, 2014 ("the Initial Loan Agreement").

8.

The Initial Loan Agreement was amended by a First Amendment to the Loan Agreement dated December 29, 2021 (the "amended Loan Agreement"). (The Initial Loan Agreement and the First Amendment to the Initial Loan Agreement are collectively hereinafter referred to as "the Loan Agreement").

9.

The Loan Agreement provided a certain loan would be made to Synergy by Plaintiff and that the loans would be repaid on certain scheduled dates and in a method described in the Loan Agreement (hereinafter referred to as "the AMCREF Note B").

10.

On or about February 2, 2023, AMCREF notified Synergy by certified mail that it was in default under the terms of the Loan Agreement. (See Exhibit "C").

11.

Despite receiving a Notice of Default, as provided for in the Loan Agreement, Synergy has failed and refused to make repayment of the loan, in accordance with the terms of, and in compliance with, the Loan Agreement.

## CAUSES OF ACTION

### Count I
### Breach of Agreement

### A. Failure to Make Scheduled Interest and Principal Payments

12.

Plaintiff incorporates by reference the previous paragraphs of this Complaint in the Factual Background section, specifically paragraphs 7 - 11, as if fully restated herein.

13.

Synergy has caused a default that is continuing under the Loan Agreement and is in breach of Section 7.1(a) of the Loan Agreement as a result of the failure of Synergy to make scheduled interest and principal payments due under the Loan Agreement.

14.

Specifically, Synergy has failed to make monthly scheduled interest and principal payments on the AMCREF B Note since March 1, 2022 ("the Event of Default").

15.

The outstanding principal balance of the AMCREF B Note that is due and payable as of this date is $ 1,119,937.50, and the outstanding interest due is $ 119,539.61, totaling $ 1,239,477.11.

16.

Pursuant to Section 7.2(a)(v) of the Loan Agreement, the full principal balance of the AMCREF B Note in the original principal amount of $3,733,125.00, with interest and fees in the amount of $119,539.61, totaling $3,852,664.61 is now due and payable to AMCREF.

17.

Pursuant to Section 2.3(a) of the Loan Agreement, as well as the terms of the AMCREF B Note, after and during the continuation of any Event of Default, AMCREF is entitled to accrue and collect interest on all unpaid principal amounts outstanding under the AMCREF B Note at the Default Rate.

**B.     Failure to Provide Financial Statements and Required Reports**

18.

Pursuant to Sections 6.8(g) and 6.8(h) of the Loan Agreement, Synergy is required to provide AMCREF with certain information that it may from time to time request and certain other quarterly financial information on its operations, including certain specified reports.

19.

Pursuant to Section 6.8(g) AMCREF requested certain information regarding payments not made by Synergy.

20.

Synergy has failed and refused to provide the requested information to AMCREF.

21.

Pursuant to Section 6.8(h) of the Loan Agreement, Synergy was required to provide to AMCREF quarterly financial statements within thirty (30) days of the end of each calendar quarter.

22.

Synergy has failed to adhere to the requirements of Sections 6.8(h) of the Loan Agreement to provide AMCREF the required quarterly financial statements.

23.

Synergy has failed to provide AMCREF its quarterly financial statements for the calendar quarters ending March 31, 2022, June 30, 2022, and September 30, 2022, and December 31, 2022, March 31, 2022, and June 30, 2023.

24.

As a result of the aforementioned breaches of the Loan Agreement, AMCREF has been damaged to the extent of the scheduled interest and principal payments that Synergy has failed and refused to pay to it pursuant to the requirements of the Loan Agreement.

## COUNT II
## EXPENSES OF LITIGATION
### O.C.G.A. § 13-6-11

25.

Plaintiff incorporates by reference the previous paragraphs of this Complaint in the Factual Background section, specifically paragraphs 7 - 11, as if fully restated herein.

26.

The Loan Agreement provides at Section 8.12 that the law governing the transactions made under the Loan Agreement shall be construed in accordance with and governed by the laws of the State of Georgia.

27.

The law in the State of Georgia is that a party may recover its expenses of litigation where the opposing party has in bad faith, been stubbornly litigious, and caused the Plaintiff unnecessary trouble and expense in compelling Plaintiff to file a lawsuit to recover its damages.  O.C.G.A. § 13-6-11.

28.

Plaintiff is entitled to recover its expenses of litigation, including reasonable attorney's fees, for the necessity of having to file this Complaint.

**WHEREFORE**, Plaintiff prays as follows:

a)  that a Summons issue as required by law;

b)  that the Plaintiff have a trial by jury on all causes of action enumerated in this Complaint;

c)  that the Plaintiff recover all damages due for payment of interest and principal, including default interest;

d)  that the Plaintiff be awarded attorney's fees and costs of litigation; and

e)  that the Plaintiff be awarded such other and further relief as the Court determines is just and equitable.

This 20th day September 2023.

                              Respectfully submitted,
                              **WAYNE B. KENDALL, P.C.**

                              */s/ Wayne B. Kendall*
                              WAYNE B. KENDALL
                              Georgia Bar No. 414076

155 Bradford Square; Suite B      wbkendall2@yahoo.com
Fayetteville, Georgia 30215        KIMBERLY A. ELLISON
Telephone: (678) 884-6084         Georgia Bar No. 141716
Facsimile: (770) 716-2439          kimberly@waynebkendallpc.com

                              *Attorneys for Plaintiff*