# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| AMCREF FUND XXVIII, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SYNERGY SOLUTIONS CRISP COUNTY, LP,<br><br>      Defendant. | Civil Action No.:<br>1:23-CV-166 (LAG) |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW AMCREF Fund XXVIII, LLC ("Plaintiff") and Synergy Solutions Crisp County, LP, ("Defendant"), Parties in the above-styled action (collectively the "Parties"), by and through the undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), submit this Joint Stipulation of Dismissal with Prejudice ("Stipulation"), showing as follows:

1. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a plaintiff may dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared;"

2. The Parties desire to dismiss the present action;

3. All Parties who have appeared in this matter have signed this Stipulation;

4. Pursuant to FRCP 41(a)(1)(B), the Parties explicitly state and agree that this dismissal is WITH PREJUDICE.

Accordingly, the Parties jointly stipulate that this action is DISMISSED WITH PREJUDICE.

Respectfully submitted, this 1st day of December 2025.

**Prepared and Consented to by:**
WAYNE B. KENDALL, P.C.

*/s/Wayne B. Kendall*
Wayne B. Kendall
Georgia Bar No.: 414076
Wbkendall2@yahoo.com
*Attorney for Plaintiff*

155 Bradford Square, Suite B
Fayetteville, Georgia 30215
Telephone: (770) 778-8810
Facsimile: (770) 716-2439


MOORE INGRAM JOHNSON & STEELE, LLP
*/s/Alexander M. Engler*
Jeffrey A. Daxe
Georgia Bar No.: 213701
Alexander M. Engler
Georgia Bar No.: 855385
*Attorneys for Defendant*

326 Roswell Street, Ste. 100
Marietta, GA 30060
(770) 429-1499
Fax 770-429-8631
jad@mijs.com
amengler@mijs.com